IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
CHAVI GOLDBERG, on behalf of herself and
all others similarly situated,

                COURT FILE NO. 1:17-cv-09832-ALC

      Plaintiff,

v.

                **STIPULATION OF DISMISSAL**
ALLIED INTERSTATE, LLC,         **WITH PREJUDICE**

      Defendant.

---------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other, and without prejudice as to the rights of any putative class members, if any.   This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  July 17, 2018                By _s/ Abraham Hamra_____
                                                       Abraham Hamra, Esq.
                                                       SIROTKIN VARACEALLI & HAMRA, LLP
                                                       32 Broadway, Suite 1818
                                                       New York, NY 10004
                                                       Telephone:  (646) 590-0571
                                                       *E-mail:*  ahamra@svhllp.com
                                                      *Attorney for Plaintiff*

Dated:  July 17, 2018				By /s/ Michael T. Etmund
					Michael T. Etmund, NY REG # 5168331
					MOSS & BARNETT, PA
					150 South Fifth Street, Suite 1200
					Minneapolis  MN  55402-4129
					Telephone:  (612) 877-5000
					E:mail: mike.etmund@lawmoss.com
					*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon the following parties and participants:

Abraham Hamra, Esq.
SIROTKIN VARACEALLI & HAMRA, LLP
32 Broadway, Suite 1818
New York, NY 10004
Telephone:  (646) 590-0571
E-mail:  ahamra@svhllp.com

        /s/ Michael T. Etmund
        Michael T. Etmund

4119571v1