USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/24/18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHAVI GOLDBERG, on behalf of herself and
all others similarly situated,

                COURT FILE NO. 1:17-cv-09832-ALC

      Plaintiff,

v.

                **STIPULATION OF DISMISSAL**

ALLIED INTERSTATE, LLC,          **WITH PREJUDICE**

      Defendant.

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other, and without prejudice as to the rights of any putative class members, if any. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 24, 2018                 By _/s/ Abraham Hamra_

                                             Abraham Hamra, Esq.
                                             SIROTKIN VARACEALLI &
                                             HAMRA, LLP
                                             32 Broadway, Suite 1818
                                             New York, NY 10004
                                             Telephone: (646) 590-0571
                                             *E-mail:* ahamra@svhllp.com
                                             *Attorney for Plaintiff*

4119571v1

Dated: July 18, 2018

By: _____ #5168331
MOSS & BARNETT, PA
150 South Fifth Street, Suite 1200
Minneapolis MN 55402-4129
Telephone: (612) 877-5000
E:mail: mike.etmund@lawmoss.com
*Attorney for Defendant*

IT IS SO ORDERED

_____
Honorable Andrew L. Carter, Jr.
Federal District Judge   7/24/18

2

4119571v1